MARY BURNS, as Administratrix of the Estate of JOHN J. BURNS, Deceased, Respondent, *v.* NINETY-FIFTH STREET & LEXINGTON AVENUE CORPORATION, Appellant.

Argued June 11, 1940; decided July 24, 1940.

*George J. Stacy* and *James J. Mahoney* for appellant.

*Francis J. Hughes, Bernard Meyerson* and *Vincent J. Vanasco* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.